# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2015

Robert P. Young, Jr.,
Chief Justice

149259(91)(93)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

BRANDON LEWIS CAIN,
      Defendant-Appellee.
_____/

SC: 149259
COA: 314342
Wayne CC: 12-005176-FC

On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to share oral argument time with counsel for defendant-appellee and to extend the time for filing an amicus curiae brief are GRANTED. The amicus brief submitted on February 13, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2015

